JASON RABINOWTIZ, SBN 9354
BEESON, TAYER & BODINE, APC
483 Ninth Street, 2nd Floor
Oakland, CA 94607
Telephone:   (510) 625-9700
Facsimile:   (510) 628-8275
Email:   jrabinowitz@beesontayer.com

Attorneys for Plaintiff
NORTHWEST ADMINISTRATORS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | Case No. 2:12-cv-01302-GMN-GWF |
| Plaintiff, | |
| v. | **ORDER FOR APPEARANCE OF JUDGMENT DEBTOR** |
| PERFORMANCE TRADESHOW GROUP, INC., | |
| Defendant. | |

Good Cause Appearing,

IT IS HEREBY ORDERED, that you, PERFORMANCE TRADESHOW GROUP, INC., appear at <u>Business Suites, 3753 Howard Hughes Parkway, Suite 200, Las Vegas, Nevada, 89169</u> on <u>September 21, 2012</u>, at <u>10:00 a.m.</u> and then and there to answer questions under oath concerning your assets.

YOU ARE TO BRING with you copies of any and all documents outlined in Exhibit #1, attached hereto.

YOU ARE RESPONSIBLE FOR DESIGNATING one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

//

//

1  YOUR FAILURE TO APPEAR AT THE TIME SET FORTH ABOVE COULD RESULT IN
2  AN ORDER TO SHOW CAUSE TO BE ISSUED TO EXPLAIN YOUR FAILURE TO APPEAR
3  AND TO DISCLOSE YOUR ASSETS.

Dated: _August 1,_ 2012          By: _/s/ George Foley Jr._
                                     GEORGE FOLEY, JR.
                                     United States Magistrate Judge

[Proposed] Order for Appearance of Judgment Debtor
Case No. 2:12-cv-01302-GMN-GWF                                    280689.doc

# EXHIBIT 1

You are instructed to produce any and all documents that reflect the following information:

1. Monies owing to you, held in trust for you, or to your account (in whole or in part), including the names of the person(s) and/or firm, company, or institution from whom monies are being received or due, for four years preceding the date of the above hearing.

2. Bank statements, canceled checks, checkbooks and checkbook registers for checking accounts belonging to you or in which you have or have had any interest, whatsoever, either alone or jointly with any other person(s), entity or entities, for four years preceding the date of the examination.

3. Savings deposit books or other statements for any savings accounts in any bank, savings and loan associations, credit union or other similar institution, which belong to you or in which you have any interest either alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the examination.

4. Trusts, revocable or irrevocable, in which you are named as Settlor, Trustee or Beneficiary.

5. Contracts, notes, money orders, drafts, promissory notes, negotiable instruments, mortgages, pledge agreements and/or receivables payable to you, for your benefit, or held in trust for you, whether or not the same be now due and/or payable, within the four years immediate preceding the date of the examination.

6. Location of any and all safe deposit boxes wherever situated, whether privately maintained or in any bank or savings and loan, credit union, or similar association, belonging to you or in which you have or have had any interest whatsoever, either alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the date of the examination.

7. Evidence and certificates of any and all stocks, bonds, securities and annuities belonging to you or in which you have or have had any interest whatsoever whether alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the date of the examination.

8.  Titles, deeds or contracts of sale upon real property and mobile/manufactured homes/buildings wherever situated, owned by you (in whole or in part), purchased or being purchased, or sold, and which you own or have had any interest whatsoever, either alone or jointly with any other person(s), entity or entities, for the four years immediately preceding the date of the examination.

9.  Property assessment notices issued to you within the four years immediately preceding the examination.

10. Promissory notes or other documents evidencing loans made by you, in the four years immediately preceding the examination.

11. Loans, leases, business transactions, security interests or property holdings to which you are a party.